IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JOHNETTA LAVONNE ROWE, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | No. CIV-07-339-C |
| | ) | |
| C. WESLEY LANE, et al., | ) | |
| | ) | |
| Defendants | ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by the United States Magistrate Judge on June 22, 2007. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed, despite Plaintiff being given two extensions of time. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Court adopts the Report and Recommendation, in its entirety, and for the reasons stated therein, this action is dismissed based on Plaintiff's failure to state a claim upon which relief may be granted and because Plaintiff asserts claims against Defendants who are immune from suit. Because no amendment could remedy the defects noted herein, a judgment will enter on behalf of Defendants. Moreover, this dismissal counts as a "strike" pursuant 28 U.S.C. § 1915(g).

IT IS SO ORDERED this 27th day of September, 2007.

ROBIN J. CAUTHRON
United States District Judge